IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-81-D

| | | |
|---|---|---|
| CARLOS A. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMERICAN CLAIMS, and | ) | |
| ANGIE GRADY, | ) | |
| | ) | |
| Defendants. | ) | |

On May 12, 2011, Magistrate Judge Daniel issued a Memorandum and Recommendation ("M&R") [D.E. 4]. In that M&R, Judge Daniel recommended that plaintiff's application to proceed in forma pauperis be allowed and that plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted. No party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. The court adopts the M&R. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED. The Clerk of Court is directed to close the case.

SO ORDERED. This **29** day of May 2012.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge