UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Carlos A. Alford, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| American Claims, | ) | No. 7:11-CV-81-D |
|         Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the Memorandum and Recommendation. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED. The Clerk of Court is directed to close the case.

**This judgment filed and entered on May 29, 2012, and served on:**

Carlos A. Alford (via US Mail at 1404-B Harbour Drive, Wilmington, NC 28401)

May 29, 2012                                                                                          /s/ Julie A. Richards,
                                                                                                         Clerk of Court